IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| SB FINCO FB, L.P., | § |
| Plaintiff, | § |
| VS. | § NO. 4:19-CV-050-A |
| BRETT DEL VALLE, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

Consistent with the notice of voluntary dismissal filed February 22, 2019,

The court ORDERS, ADJUDGES, and DECREES that the claims and causes of action of plaintiff, SB Finco FB, L.P., against defendants, Brett Del Valle, PRP Madison, LLC, and Peninsula Retail Partners V, LLC, be, and are hereby, dismissed without prejudice.

SIGNED February 25, 2019.

JOHN McBRYDE
United States District Judge